UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGINA LOGAN

        Plaintiff,

v.                                                Case No. 12-12749
                                                 Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

ORDER

This case involves a complaint by the Plaintiff, Eugina Loga, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). Thereafter, Logan filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. The Commisioner filed a motion for remand. Both motions were forwarded by the Court to Magistrate Judge Majzoub for evaluation. In a report on July 8, 2013, the Magistrate Judge recommended that this Court (1) grant in part and deny in part Logan's motion for summary judgment; and (2) grant the Commissioner's motion for remand. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

1

IT IS SO ORDERED.

Date: August 1, 2013                                    s/Julian Abele Cook, Jr.
                                                        JULIAN ABELE COOK, JR.
                                                        U.S. District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 1, 2013.

                                                        s/ Kay Doaks
                                                        Case Manager